**David E. WHISTANCE, Appellant,**

v.

**Cary Lyn Diekmann FLICK, Respondent.**

**No. WD 69522.**

Missouri Court of Appeals,
Western District.

July 28, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 2009.

Jeffrey S. Eastman, for Appellant.

Christopher F. Arbuckle, for Respondent.

Before Division Two: VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

David and Nancy Whistance appeal the trial court's judgment in favor of Cary Diekmann and against the Whistances on their suit for breach of a real estate contract. On appeal, the Whistances claim that the trial court's judgment is not supported by the evidence and is against the weight of the evidence. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).